UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. |
| v. | ) | |
| | ) | |
| | ) | **4:25CR149-RWS/SRW** |
| LUIS FERNANDO HERRERA-LUNA, | ) | |
| | ) | |
| Defendant. | ) | |

FILED MAR 26 2025 U.S. DISTRICT COURT EASTERN DISTRICT OF MO ST. LOUIS

## INDICTMENT

### COUNT ONE

The Grand Jury charges that:

On or about February 16, 2025, in the Eastern District of Missouri, the defendant,

**LUIS FERNANDO HERRERA-LUNA,**

an alien, was found in the United States after having been removed therefrom to Mexico, without having obtained the express consent of the Attorney General of the United States or the Secretary of Homeland Security to reapply for admission to the United States.

In violation of Title 8, United States Code, Section 1326(a).

A TRUE BILL

_____
FOREPERSON

SAYLER A. FLEMING
United States Attorney

_____
NATHAN CHAPMAN, #60978MO
Assistant United States Attorney